1  Edward Swanson, SBN 159859
   ed@smllp.law
2  Carly Bittman, SBN 305513
   carly@smllp.law
3  SWANSON & McNAMARA LLP
   300 Montgomery Street, Suite 1100
4  San Francisco, California 94104
   Telephone: (415) 477-3800
5  Facsimile: (415) 477-9010

6

7  Attorney for Defendant
   Edin Ismael Rodriguez-Cartagena

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,              Case No. 22-cr-00391 WHO

14                       Plaintiff,        **DEFENDANT EDIN ISMAEL
                                           RODRIGUEZ-CARTAGENA'S**
15       vs.                               **SENTENCING MEMORANDUM**

16  EDIN ISMAEL RODRIGUEZ-                 Date: August 8, 2024
    CARTAGENA                              Time: 1:30 p.m.
17                                         Courtroom: 2, 17th Floor
                         Defendants.
18

19

20

21

22

23

24

25

26

27

28

## I.    INTRODUCTION

Edin Ismael Rodriguez-Cartagena comes before this Court convicted of conspiracy to distribute fentanyl.  His offense is serious and the harm his conduct inflicted on the community undeniable.  Mr. Rodriguez-Cartegena agrees that his conduct warrants significant prison time; indeed, he is asking the court to impose a sentence of 72 months of imprisonment, higher than the low end of the range that he is entitled to ask for under the plea agreement.

The decision the Court must make is how to balance the seriousness of the criminal conduct with the circumstances of the particular person before it.  In some respects, Mr. Rodriguez-Cartagena's story is like that of many others the Court has sentenced.  He grew up in poverty without a father.  He did not have the privilege of an education.  The only job available to him in Honduras was farming in the nearby fields, where the money he earned barely allowed him to eat, let alone afford a place to live, and from the age of 13 on, he was essentially homeless.  And for over half of his life, he has abused alcohol and cocaine to cope with his challenging circumstances.

But now, Mr. Rodriguez-Cartagena, who has been in custody in Santa Rita Jail for over two years, has undergone significant change since he committed his offense.  Despite the availability of drugs in the jail, he has not used since his arrest, resulting in his longest stretch of sobriety since he started using drugs at 14 years old.  With the mental clarity that has come with his sobriety, and with the pain that has come from being separated from his children, Mr. Rodriguez-Cartagena has resolved to do better.  Undersigned counsel has observed the change, finding a much more thoughtful, remorseful, and appreciative man than the individual who first came into custody.  Some of this change is the result of self-reflection, and some appears to come from finding support and guidance in the religion that he disconnected from during his difficult adolescence.  After he serves his sentence, he is committed to rebuilding his life in Honduras, where he will be deported and where two of his children have already returned.  Upon his return, he plans to work hard and resume supporting his wife and children, as well as his extended family, which includes a severely disabled adult niece.

All considered, Mr. Rodriguez-Cartagena's circumstances warrant a sentence of 72 months' imprisonment. Six years in custody is sufficient, but not greater than necessary, to meet the statutory goals of sentencing.

## II.      THE PLEA AGREEMENT AND PRESENTENCE REPORT

The parties entered into a Rule 11(c)(1)(C) plea agreement in which they agreed to recommend a custodial sentence between 60 months (five years) and 108 months (nine years). PSR, ¶ 4. The parties also agreed to the following Sentencing Guidelines calculations: Base Offense Level 34 pursuant to USSG §2D1.1(c)(6),[1] and a three-level reduction for acceptance of responsibility pursuant to USSG §3E1.1, for a Total Offense Level of 31. *Id.* The parties did not agree on whether a two-level enhancement for a leadership role pursuant to USSG §3B1.1(c) applied. *Id.*

In the PSR, the Probation Officer concluded that the two-point role enhancement applies in this case. *Id.* Mr. Rodriguez-Cartagena, accepting responsibility for his role in the offense, does not challenge that determination. *Id.* With the role enhancement, the Probation Office calculated Mr. Rodriguez-Cartagena's total adjusted offense level to be 33 and determined that two prior convictions place him in criminal history category III. *Id.* at ¶¶ 35, 42. This results in an advisory Guidelines range of 168 to 210 months. *Id.* at ¶ 74. There are no unresolved objections to the PSR.

The Probation Office has recommended a below-Guidelines sentence of 96 months. In the PSR, the Probation Officer enumerated the factors supporting her below-Guidelines recommendation, including that Mr. Rodriguez-Cartagena had never spent a significant period of time incarcerated prior to his arrest in this case and that he has long suffered from a drug addiction that contributed to his conduct in this case. The Probation Officer also found Mr. Rodriguez-Cartagena's strong dedication to his family and his true remorse for his actions to be notable and warranting a below-Guidelines sentence.

---

[1] As the PSR correctly notes, this is a typographical error. The correct citation is to §2D1.1(c)(3).

### III.     SENTENCING RECOMMENDATION

As discussed below, the 18 U.S.C. § 3553(a) factors – particularly the history and characteristics of Mr. Rodriguez-Cartagena and the need to avoid unwarranted sentencing disparities – support a downward variance and a sentence of 72 months of imprisonment.

#### A.     Considered Together, the Offense Conduct and the History and Characteristics of the Defendant Support a Variance to a 72-Month Sentence

The PSR accurately describes the offense conduct in this case.  *See* PSR, ¶¶ 9-20. Between May 2022 and July 2022, Mr. Rodriguez-Cartagena worked with his co-defendants to distribute and sell fentanyl in the Bay Area, with those drugs primarily ending up in the Tenderloin.  *Id.* at ¶ 10.  There is no question that Mr. Rodriguez-Cartagena's actions contributed to the devastating effects that fentanyl has had on that neighborhood, both for those who are addicted and for the many people who call that neighborhood home.  These consequences have not been lost on Mr. Rodriguez-Cartagena, who reflected on the effects of his crimes in his letter to the Court.  *See* Exhibit A.[2]  Without reservation and with sincere contrition, Mr. Rodriguez-Cartagena apologizes to the Court, to those his crimes affected, and to his family.  *Id.*

As noted above, Mr. Rodriguez-Cartagena grew up in a poor, rural community in Honduras.  PSR, ¶ 54.  He was raised by his mother as the youngest of ten siblings.  *Id.*  Mr. Rodriguez-Cartagena's siblings are all half-siblings—while his siblings all share the same father, Mr. Rodriguez-Cartagena's father abandoned his mother during her pregnancy.  *Id.* at ¶¶ 54-56. His father's abandonment of his mother brought her and the family ridicule, which resulted in tension between Mr. Rodriguez-Cartagena and his siblings.  *Id.*  While Mr. Rodriguez-Cartagena shared a supportive relationship with a small number of his siblings, the remainder rejected him. *Id.*

By the time he reached the sixth grade, Mr. Rodriguez-Cartagena had to drop out of school.  *Id.* at ¶ 55.  His mother could no longer afford for him to attend, and he needed to start

---

[2] Mr. Rodriguez-Cartagena only speaks Spanish, but he had a friend from his housing unit write out his letter to the Court in English.

earning money so his family could afford to eat. *Id.* Even with the work he found working in the fields growing corn and beans, which paid close to nothing, Mr. Rodriguez-Cartagena felt that his living at home was a burden on his mother. *Id.* at ¶ 56. At age 13, he decided to go out on his own, at which point he effectively became homeless. *Id.* Sometimes he could stay at a friend's house, but other times he slept on the street. *Id.* To cope, Mr. Rodriguez-Cartagena started drinking and using marijuana and cocaine. *Id.* From that point until his arrest in 2022, no decision he made was with a clear head. He kept using drugs and drinking in the hope that he would feel better, but inevitably he felt worse.

Even after Mr. Rodriguez-Cartagena left the house and became homeless, he still contributed whatever money he could to his mother, his sister, and his niece. *Id.* at ¶ 57. His sister, Iris Esperanza Rodriguez, recorded a video for the Court.[3] *See* Exhibit B (Video); Exhibit C (English translation of audio). As Ms. Rodriguez explains in her video, her daughter Hazel was born with meningitis (a disease that very well may have been avoided or quickly treated had the family been able to afford medical care). Hazel, now an adult, survived but with significant disabilities. Ms. Rodriguez is a single mother, and Mr. Rodriguez-Cartagena was the one who went with her and Hazel to the hospital, and he was the one who helped her pay for Hazel's medications, oxygen, and diapers once she returned home. *Id.* As Ms. Rodriguez put it: "Ismael is an angel for my daughter, for me, and for mum." *Id.* Another one of Mr. Rodriguez-Cartagena's sisters, Maria del Carmen, similarly describes how he supported his family members since he was a young boy and explains how he would help his mother purchase the medications she needs to treat her diabetes. *See* Exhibit D (letters to the Court).[4]

Seeing the ever-increasing needs of his family, Mr. Rodriguez-Cartagena made the decision at age 18 to leave Honduras and come to the United States with the hope of finding a

---

[3] Ms. Rodriguez provided the enclosed video in response to undersigned counsel's request for a letter to submit to the Court.

[4] Undersigned counsel assisted Mr. Rodriguez-Cartagena's wife by typing her letter to the Court. That letter, as well as the letters from Mr. Rodriguez-Cartagena's other family members, were translated into English with the assistance of an online translator.

job and sending money back to his family.  PSR at ¶ 57.  His journey included taking "La

Bestia" train through Mexico, on which he witnessed a person falling off the train and getting

killed on the tracks.  *Id.*  It took four months for him to travel to the U.S. border.  *Id.* at ¶ 58.  He

walked from Mexico into Arizona, and once in the United States, he settled in Oakland.  *Id.*

Life in the United States was not what Mr. Rodriguez-Cartagena expected.  He wanted to

earn money, but he did not know a trade and found it difficult to find work.  He worked whatever

odd jobs he could and continued to financially support his mother, his sister, and his niece.

Exhibit B.  Mr. Rodriguez-Cartagena eventually met his wife, Kelly, who had also immigrated

from Honduras.  PSR at ¶ 59.  Together, they had five children, three girls and two boys.  In her

letter the Court, Kelly describes how Mr. Rodriguez-Cartagena was a loving husband and good

father, helping the kids with homework and giving them advice.  *See* Exhibit D.  They cooked

and sold food out of their house to try and make ends meet.  PSR at ¶ 59.  Eventually, someone

suggested that Mr. Rodriguez-Cartagena go out and sell drugs.  Since he was using drugs

himself, he thought that selling would make it easier to access the substances he was addicted to,

but he would also be able to make money to support his family.  Mr. Rodriguez-Cartagena

thought he was doing what he needed to do to help his family, but he realizes now that he was

doing anything but helping them.

Mr. Rodriguez-Cartagena has been in custody in Santa Rita for nearly two years now.  He

has been sober since his arrest, his longest stretch of sobriety in over a decade.  Sobriety has

brought a mental clarity that Mr. Rodriguez-Cartagena never before experienced as an adult.  He

can see the harm that he caused his family, including his children, his wife, his mother, and his

sister.  Being separated from his children for so long has been the most painful part of his

incarceration, and he is eager to do better and to be with them again.  *Id.* at ¶ 62.  While in

custody, Mr. Rodriguez-Cartagena has tried to demonstrate this change through his actions.  He

participates in a daily Bible study with the other inmates in his housing unit, and he has found

comfort in reconnecting with his religion.  *Id.* at ¶ 61.  He takes English classes and volunteers at

the kitchen, where he assists with prepping meals and cleaning.  *Id.*; *see also* Exhibit E (certificates, progress report, and letters from Deputies Gore and R. Madrigal).  Letters submitted by two Sherriff's Deputies describe Mr. Rodriguez-Cartagena as respectful and a hard worker, praising him for consistently volunteering for more jobs, including shifts in the laundry unit and waxing floors throughout the jail.  *Id.*

Of course, Mr. Rodriguez-Cartagena's dedication to his family and his rehabilitation while in custody do not excuse the crimes he committed.  But these qualities and his actions in Santa Rita do indicate how Mr. Rodriguez-Cartagena is likely to conduct himself after he is released from custody.  He is committed to rebuilding his life in Honduras and being a good father to his children.

### B.    A Sentence of 72 Months of Custody is Sufficient but not Greater Than Necessary to Achieve the Goals of Sentencing

A sentence of 72 months is sufficient to achieve the sentencing goals of deterrence, protecting the public, providing just punishment, and reflecting the seriousness of the offense.  Such a sentence also comports with sentences received by similarly situated defendants.

First, a 72-month sentence achieves the goals of both specific and general deterrence.  Mr. Rodriguez-Cartagena has been fully deterred.  Although he is in Criminal History Category III due to two prior convictions, Mr. Rodriguez-Cartagena had never served more than four months in custody before his arrest in this case.  He has already served two years in Santa Rita Jail, where he has experienced the pain of being separated from his children and has learned that his mother, who has become increasingly ill, may not survive his sentence.  Under the recommended sentence, he will serve another four years in BOP custody before being released to the custody of immigration officials, at which point he will remain confined until deportation.  And because of his lack of legal status in the United States, Mr. Rodriguez-Cartagena will not be eligible for early release under the First Step Act even if he completes

qualifying programs.[5]  He will thus serve more actual time on a six-year sentence than similarly situated defendants with legal immigration status.

Even more significant from a specific deterrence perspective are the hardships this case has and will continue to work on his family.  As discussed above, Mr. Rodriguez-Cartagena committed this crime because it presented a promise of economic benefits to himself and his family at a time when he felt he had few other options.  A 72-month sentence, however, will teach (and already has taught) Mr. Rodriguez-Cartagena that the costs to himself and his loved ones of committing such a crime far outweigh whatever those potential benefits may be.  His letter to the Court reflects that Mr. Rodriguez-Cartagena has already internalized that lesson. The recommended sentence will also send a strong deterrent message to would-be defendants who find themselves choosing between looking for honest work, hard as it may be to come by, and succumbing to the temptation of making a living from drug dealing.

Second, with regards to the goal of providing just punishment given the seriousness of the offense, undersigned counsel and Mr. Rodriguez-Cartagena recognize that a 72-month sentence represents a significant variance from the advisory Guidelines range.  As discussed above, however, the mitigating circumstances presented by the context of Mr. Rodriguez-Cartagena's full life history render a below-Guidelines sentence warranted.  This request does not reflect a belief that the offense conduct was a victimless crime.  The recommended sentence instead reflects Mr. Rodriguez-Cartagena's recognition of the seriousness of the offense. Under the terms of the plea agreement, Mr. Rodriguez-Cartagena could ask for a sentence of 60 months, but in recognition of the seriousness of his criminal conduct and the sentence imposed on his co-defendant, Mr. Rodriguez-Cartagena is asking for a sentence 12 months greater than the low-end of the range that he negotiated the ability to ask for.

Finally, a 72-month sentence is also necessary to avoid unwarranted sentencing disparities in comparison to the sentences imposed on Mr. Rodriguez-Cartagena's co-

---

[5] *See* First Step Act Frequently Asked Questions, available at: https://www.bop.gov/inmates/fsa/faq.jsp#fsa_time_credits

defendants.  Mr. Rodriguez was sentenced to time served and one year of supervised release. PSR ¶ 6.  Mr. Cruz-Arteaga was sentenced to 90 months custody and three years of supervised release.  *Id.* at ¶ 7.  While Mr. Rodriguez-Cartagena acknowledges the coordinating role that he played in the organization, which resulted in a two-point role enhancement that was not applied to his co-defendants, he submits that his individual circumstances nevertheless warrant the recommended sentence of 72 months.  Such a lengthy sentence is sufficient, but not greater than necessary to achieve the goals of sentencing.

## IV.     CONCLUSION

For the foregoing reasons, Mr. Rodriguez-Cartagena respectfully requests that the Court impose a sentence of 72 months of custody.


Dated: August 1, 2024                                Respectfully submitted,


By: */s/ Edward Swanson*
Edward Swanson
Carly Bittman
SWANSON & McNAMARA LLP
Attorneys for Defendant
Edin Ismail Rodriguez-Cartagena

# EXHIBIT A

Before I Begin, I Edin Ismael Rodriguez, with all my undivided attention would like to send my upmost respect and appreciation, your honor, for taking the time to read these sincere and humble words.

First, in this instance I would like to talk about the experiences and reflections during these years of incarceration. I have experienced with grief the absence of my children, wife, and mother asking me when the time will come for me to be home. My children telling me repeatedly that they need me. These experiences have taught me to reflect on the decisions I have made in the past that have led me to live through this period of reflection. Now I think about my children, mother, and wife. In this way I cannot educate them nor be a good example for them so that they can learn from ones mistakes.

Secondly, I want to talk about what I've learned and have reflected on during my stay here in Santa Rita Jail. I have learned alot spiritually about the lord Jesus Christ and have learned more about myself. I have learned and have come at peace with spiritual experiences I have had. He loves me as the imperfect human being that I am. I have made decisions in my life time that won't happen again. My drug addiction and ambition of money had blinded me from seeing the harm I was doing to society and my family. Now that I have rehabilitated, I came to realize that nothing that I did or thought was right is worth the time that I am away from my family and harm I did to others. I am truly sorry your honor for everything I have done.

Words can easily be spoken or written yet my actions are whom have been speaking for me and will continue showing everyone I have truly changed for the betterment of society, my family, and myself. Apology goes to the judge, prosecutors, and all the families affected today. There is no right justification for what I did, and yet I plead that you please give me 1 opportunity to reintegrate back into society to make up for my bad decisions therefore I'm not looked at with disgruntlement.

In conclusion, I'm here present in this courtroom taking full responsibility for my acts, your honor. I will be satisfied with whatever sentence given to me because I know you will be more than fair. The sentence, once it's imposed will help me grow more as a human being and will lead me towards being a better individual daily. I please ask that you assist me with professional drug addiction rehabilitation programs. God bless you your honor. Thank you for every bit of time and effort for reading this letter.

With Respect,

Edin Ismael Rodriguez

# EXHIBIT B

## Video-
## Manually Filed

# EXHIBIT C

Video-recorded statement -- Video-2024-06-27-19-03-25.mp4:
Iris Esperanza Rodríguez

Hello, hello... Uh, good afternoon, at this moment, well, I'm here now making this video.  But first I'll introduce myself to the person who is going to see this video.  My name is Iris... Iris Esperanza Rodríguez, and I am Ismael's sister. Uh, she's my daughter, her name is Hazel Alejandra Zelaya, and she is Ismael's niece. I'm going... I'm also going to introduce mommy. Her name is Vicenta Cartagena, she's Ismael's mom, and my mom too. And... and I, uh, want to tell you a little about my story and Hazel's story.

[1:09] When she was born, she... she was born with cerebral meningitis. She got this disease when she was 12 days old. And, well, when she was diagnosed with this disease, uh, Ismael was here. He was here when, when she became sick. And he's... he's the one who helped me out when he was here. She, uh... we took her to Hospital Escuela [name of hospital.] I had her... she had to stay in the Escuela hospital for two months. And... and when she got out, when she was discharged, uh, they prescribed these medications; one of them is called Phenobarbital, the other one is called Epamin. And they gave, um... there's another medication - there're 3 types of medication I need to give her. And besides the medications, I've been taking her to Telethon [charitable organization] for therapy, and also to the Escuela hospital.

When Ismael was here, he... he was the one supporting me with everything, with the expenses. Because I'm a... a single mother... I don't have anyone else who can help me out... Ismael's help was all I had. [2:40]. He was the only one who supported me through this difficult experience in my life. It was a... a tough time for me. Because, because - he was there with me. He'd... he'd buy for me all of Alejandra's medicines; he bought her diapers... Because also, uh... Ever since she got sick, I've been having to put her in diapers. And also the oxygen that you can see right here... this too, I have to keep buying that oxygen for her because she's also... they... they also found that the lungs... that there was something wrong with her lungs. So, I need that oxygen for her too. And throughout this whole period... from... when Ismael was here, he was there for me. And, when he was here, he said that... that he was going to go to the United States. And that... that he was going to support me with everything my daughter needed.
[4:00]. And then that's when he left for the United States. The first time he left, he... he got there. Well, during this period when he was out there working... he has been helping me out with all the things my daughter needs. And... and he's never stopped helping us... not until he ended up in jail. When that happened, life - my life, my girl's life, my mom's life - changed, it has changed a lot, because he was our pillar. He was the one... he'd been the one who'd been looking after us. He'd been helping us a lot with everything we needed. And now that he's been... he's been in jail, just think, just imagine what it's been like to be able to provide my daughter everything she needs, all the things my mom needs. I've been having to go around asking for help to be able to buy diapers for my daughter, to buy her the medicines, to buy her the oxygen that she needs. And, uh... and the whole situation has really affected us. And... and I'm asking the person who's going to see this video to find mercy in your heart. Because there's an angel - Ismael is an angel for my daughter, for me, and for mum. Because he's been there for us through thick and thin, and ever since he went to jail our lives have changed because he is the only one who'd been supporting us. You can look... see with your own eyes what the illness she had has done to us. It is not easy... taking care of her is not easy considering that I'm a single mother, that Ismael was the only help I had. That he's been the only one. That he... he's the one who helped me, the one who's been supporting me. When he went there, our lives changed because he was always there for us. My daughter never had to go without any of the things she needed. And I'm asking you all to please find mercy in your hearts, and... [end of video]

---------------------------------------------------------------------------------------

**CERTIFICATION OF INTERPRETER'S COMPETENCE:**     I, Thelma Oros Fotedar, hereby state that I am a Spanish/English Court Interpreter, certified to that effect by the Administrative Office of the United States Courts and the State of California, and that I have accurately translated from Spanish into English the audio contained in a video-recorded statement (Video-2024-06-27-19-03-25.mp4) provided to me by Ms. Carly Bittman, Esq.,  to the best of my ability.                [**INTERPRETER NOTATIONS appear in brackets]

_____
THELMA OROS FOTEDAR                              July 11, 2024
Certified Spanish Interpreter
Federal 00-054

# EXHIBIT D

Estimado juez,

Hola, mi nombre es Kelly Torres, esposa de Edin Rodríguez.

Quiero decir que Edin es un buen padre y un buen hijo, hermano, amigo y esposo. Como ser humano es extraordinario. Es una pieza muy importante de la familia.

Edin es un esposo amoroso. Me ayuda con las tareas de la casa y es muy responsable con los niños. Ayudaba a los niños pequeños con sus tareas y con los mayores siempre era amable y les daba consejos.

Sé que si le dan otra oportunidad estará mejor porque sabe que si vuelve a hacer lo mismo perderá a su familia. No queremos que nuestros hijos crezcan sin un papá como él.

Sé que cometió un error y sé que los errores se pagan. Mi petición, señor juez, es que pueda ayudar a Edin para que pueda estar con su familia.

Gracias.

Dear judge,

Hello, my name is Kelly Torres, the wife of Edin Rodriguez.

I want to say that Edin is a good father and a good son, brother, friend and husband.  As a human being he is extraordinary.  He is a very important piece of the family.

Edin is a loving husband.  He helps me with the housework and he is very responsible with the children.  He would help the small children with their homework and with the older ones he was always kind and gave them advice.

I know that if you give him another chance he will be better because he knows that if he does the same thing again he will lose his family.  We don't want our children to be growing up without a dad like he did.

I know that he made a mistake and I know that mistakes are paid for.  My request, Mr. Judge, is that you can help Edin so that he can be with his family.

Thank you.

Senior unitd States District judge
San Francisco courthouse
450 Golden Gate Avenue, San Francisco
CA 94702

Piedra Gorda orica F.M 20 de julio del 2,024
Espero que se encuentre bien de salud
alado quienes lo rodean.

Esta carta es dirigida a uste señor juez

yo soy la hermana de Edin Ismael Rodriguez
El es una buena persona des que el estaba pequeño
el tenia muchos sueños, le gustaba Trabajar un muchacho
amoroso con toda la jente,
El es el hultimo de 8 hermanos,

Cuando el tomo la decicion de irse a trabajar Fue
para ayudar a mi madre porque no teniamos donde vivir
y porque el crecio sin el amor a un padre.
y yo les pido por Favor y con el amor de Dios que lo
dejen en libertad porque mi madre siempre le esta
pidiendole a Dios por el, ella es una señora de 78 años
Edin Ismael le ayudaba a ella con los medicamentos
porque padese de la precion y es diabetica,
el se preocupa mucho por mami ahora que el esta
preso, porque el le ayudaba a ella en todo.

Bendiciones

Maria del Carmen Rodriguez Licona

Senior United States District Judge

San Francisco Courthouse

450 Golden Gate Avenue, San Francisco CA 94702


Piedra Gorda, Orica F.M July 20, 2024

I hope you are in good health with those around you.

This letter is addressed to you, Mr. Judge.

I am the sister of Edin Ismael Rodríguez.  He is a good person since he was little.  He had many dreams, he liked to work, a loving boy with all his passion.  He is the last of 8 siblings.

When he made the decision to go to work, it was to help my mother because we had nowhere to live and because he grew up without the love of a father.

And I ask you please and with the love of God to let him go free because my mother is always asking God for him, she is a 78-year-old woman.  Edin Ismael helped her with her medications because she suffers from diabetes and is diabetic.  He worries a lot about mom now that he is in prison, because he helped her with everything.


Blessings

María del Carmen Rodríguez Liconc

Hola señor Jues espero que se encuentre bien de salud alado de quienes lo rodean

esta carta es dirijida a usted con mucho amor de Dios y el rerespeto que usted se merese por medio de esta carta me dirijo a usted para contarle respecto a Edin ismael Rodrigues el es hermano menor el asido muy cariñoso trabajador y un buen hermano el nos a ayudado mucho yo soy la mamá de la niña esperias el me a ayudado bastante el asido un hermano Jeneroso lo que mas añelamos es que ismael este con hosotro señor Jues lo horanda mucho tenemos tiempo de no berlo mami pasa horanda a Dios para que su hijo este con hoya el asido un hijo que trabajador dadiboso el le encanta ayudar a los demas el le a buscado a la hijlesia el Señor tiene un proposito con el por que el el asido las cosas de Dios

el asido un buen hermano un buen hijo un buen ser humano señor Jues mami pasa muy enferma eya hesesita de su hijo mami se ban a sentir felis cuando le den la notisia de su salida de ese lugar señor Jues por sabor le pedimos que aga lo posible por que Edin salga

esto es todo señor Jues

Dios me lo bendiga

Vendiciones

Iris Esperansa Rodrigues Licona

Hello Mr. Judge, I hope you are in good health along with those around you.

This letter is addressed to you with much love from God and the respect that you deserve.  Through this letter I am writing to you to tell you about Edin Ismael Rodrigues.

He is my younger brother, he is a very loving, hard-working and good brother.  He has helped us a lot.  I am the mother of the special girl.  He has helped me a lot.  He is a kind and generous brother.  What we most long for is that Ismael is with us.  Mr. Judge.  We miss him very much.  We have not seen him for a long time.  Mom, please come to God today so that your son can be with you.  He is a son who is a hard-working and generous person.  He loves to help others.  He helped the church.  The Lord has a purpose for him because he has sought the things of God.  He is a good brother, a good son, a good human being.

Mr. Judge, my mother is very sick.  She needs her son.  Mommy, you are going to feel happy when they give you the news of his departure from that place, Mr. Judge, please do everything possible so that Edin can leave.

That's all, Mr. Judge

God bless you

Blessings


Iris Esperansa Rodrigues Licona

Senior Unitd District Judge
san Francisco caurThose
450 Golden GaTe Avenue
san Francisco CA 94102

Piedra gorda 20 de julio 2024

con mucho Aprecio me estoy divigiendo
a usTed señor jues deceando gue
el diviño creador del universo me lo
colme de mucha gratitud son mis deceos

yo soy una PasTora de mucho Tiempos
aTras Rodrigues carTagenas yo lo vi
crecer en su infancia un Varon
con Principios crisTiano colavorador
en nuesTra iglecia soñador dispuesto
para bendecir desde gue fue un joben
Bendiciones:

HAYdeé Licona

Scanned with ACE Scanner

Piedra Gorda July 20, 2024

With Much Appreciation I am addressing you, Mr. Judge, wishing that the divine creator of the universe fills me with much gratitude. These are my wishes.

I am a Pastor for a long time. Back in the day, Rodrigues Cartagenas, I saw him grow in his childhood, a man with Christian principles, a collaborator in our church, a dreamer, willing to bless since he was a young man.

Blessings: Haydee Licona

# EXHIBIT E



# CERTIFICATE of PARTICIPATION

## Five Keys Schools & Programs

### Career Technical Education Program



This Certificate is presented to

# Edin Rodriguez Cartagena

*In recognition of successful participation in*

## Stand Out Basic Attendance and Distance Learning

Award Date: 11/09/2023

_____

Lillian Santos, Principal



# CERTIFICATE of PARTICIPATION

## Five Keys Schools & Programs

### Career Technical Education Program



This Certificate is presented to

# Edin Rodriguez Cartagena

*In recognition of successful participation in*

## Stand Out Level 1 Attendance and Distance Learning

Award Date:03/28/2024

_____

Lillian Santos, Principal



# CERTIFICATE of PARTICIPATION

## Five Keys Schools & Programs

### Career Technical Education Program



This Certificate is presented to

# Edin Rodriguez Cartagena

*In recognition of successful participation in*

# Stand Out Level 2 Attendance and Distance Learning

Award Date: 06/05/2024

Lillian Santos, Principal



**ALAMEDA COUNTY SHERIFF'S OFFICE**

**YESENIA SANCHEZ**
SHERIFF-CORONER

## M E M O R A N D U M

DATE:      5/26/2024
TO:          To whom it may concern

FROM:     Deputy. R. MADRIGAL #1622

SUBJECT:   <u>**INMATE KITCHEN VOLUNTEER Eding Ismael Rodriguez Cartegena**</u>
<u>**(UME395)**</u>

Eding Ismael Rodriguez Cartagena (UME395). Begun volunteering his time at the Santa Rita Jal Kitchen (SRJ).
The SRJ Kitchen prepares and provides three meals a day for approximately 1,700 inmates inside the SRJ facility.

The SRJ-KITCHEN is a large industrial kitchen which operates inside of the jail facility, where Aramark civilian staff works daily alongside inmates, supervising inmates while the food is prepared during the day; this task is being done daily to meet the needs of the jail facility. Inmate CARTAGENA volunteers his time daily assisting ARAMAK civilian staff, during the preparation of the meals, as well as keeping the facility clean and sanitized. CARTAGENA plays a vital role assisting ARAMAR with what is necessary. Making sure the kitchen always looks spotless.

Eding CARTAGENA volunteers his time daily at the SRJ-KITCHEN, assisting with the scullery, washing dishes (plastic tray) as well assisting with the sanitation of the entire kitchen facility (cleaning the floors) and removing and disposing garbage. CARTAGENA volunteers his time along with a group of inmates, who works side by side under the supervision of an Aramark staff.

Eding CARTAGENA has been an outstanding worker with good work ethics and with good respectful matters.
CARTAGENA is very respectful of Aramark staff, working alongside them on a daily-to-day basis.
CARTAGENA volunteers his time by working additional shifts with the Lundry Unit. As well as with the Projects Department Unit, cleaning and waxing the entrance floors from all housing units around the Minimum, Medium and Max Units of the jail facility.

RM.rm

SANTA RITA JAIL
5325 Broder Boulevard
Dublin, CA 94568-3309



**ALAMEDA COUNTY SHERIFF'S OFFICE**

**YESENIA SANCHEZ**
SHERIFF-CORONER

## M E M O R A N D U M

DATE:       June 12, 2024

TO:         To whom it may concern

FROM:       Deputy T. Gore #1399

SUBJECT:    **INMATE KITCHEN VOLUNTEER EDIN RODRIGUEZCARTAG (UME395)**

Rodriguezcartag began volunteering at the Santa Rita Jail (SRJ) Kitchen on January 19, 2023. The SRJ Kitchen provides food for approximately 1,700 inmates at SRJ and the San Joaquin County Jail, daily.

Rodriguezcartag has an outstanding work ethic and is very respectful toward jail staff as well as his co-workers.  He regularly volunteers to work additional shifts in the kitchen as well as finding work to do on his own after accomplishing tasks he is assigned.  Rodriguezcartag has had no disciplinary issues to report.

TMG:tg



**PROGRESS REPORT**

SCHOOL & PROGRAM
PARTICIPATION

**To: Honorable Judge**          **Date:** 6/10/24

**Student:** Edin C. Rodriguez Cartagena   **PFN:** UMIE 395

**Class enrolled in:** __ASE / GED / High School Diploma__  **Number of Days Attended:** 149

**Student has been enrolled since:** _____8/21/23_____

☐ **Student has not been enrolled long enough to receive a Progress Report**

**Assessment of student in the following areas:**
*Note: This progress report is strictly for in class/independent study conduct and is not to be construed as an assessment of future behavior.*

| Assessment Area | Exceptional | Good | Fair | Poor |
|---|---|---|---|---|
| Follows classroom and school rules. | ✓ | | | |
| Demonstrates the desire to acquire academic achievement by completing all assignments and participating in class. | ✓ | | | |
| Maintains focus on lesson objective. | ✓ | | | |
| Demonstrates respect for self and others in all interactions. | ✓ | | | |
| Demonstrates self-discipline in the classroom setting. | ✓ | | | |
| Meets deadlines and/or makes up work when necessary. | ✓ | | | |
| Accepts responsibility for working collaboratively or individually in the learning process. | ✓ | | | |
| Avoids disruptive activity that hinders or interferes with the learning process. | ✓ | | | |

**Five Keys Teacher**

**Five Keys Administration Signature**

Revised 6/7/18 – MM