ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHARLES F. BISESTO (CABN 271353)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6405
    FAX: (415) 436-7234
    Charles.Bisesto@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 22-391-1 WHO |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS COUNT TWO OF THE INDICTMENT AND ORDER |
| v. | |
| EDIN ISMAEL RODRIGUEZ-CARTAGENA, | |
| Defendant. | |

With leave of the Court, and pursuant to the terms of the plea agreement in this matter (*see* Dkt. 132), the United States Attorney for the Northern District of California moves to dismiss Count Two of the Indictment filed in this case (*see* Dkt. 34) as to the defendant, Edin Ismael Rodriguez-Cartagena.

Mr. Rodriguez-Cartagena pled guilty to Count One of the Indictment on May 16, 2024 pursuant to an agreement under Federal Rule of Criminal Procedure 11(c)(1)(C). *See* Dkt. 132. That plea agreement was ultimately accepted by the Court and Mr. Rodriguez-Cartagena was sentenced on August 15, 2024. *See* Dkt. 146. Although the terms of the agreement contemplated a dismissal of Count Two under Federal Rule of Procedure 11(c)(1)(A), the government inadvertently failed to make that motion at the time of sentencing. As a result, through this filing and motion, the government is asking the Court

to approve a dismissal of Count Two.

DATED: August 19, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

  /S/
CHARLES F. BISESTO
Assistant United States Attorney

**ORDER**

The government's request to dismiss Count Two of the Indictment against Edin Ismael Rodriguez-Cartagena is granted.

Date: August 19, 2024

HON. WILLIAM H. ORRICK
United States Senior District Judge